UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 2 3 2010
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THEODORE M. NICKENS
S.C.I. CRESSON
P.O.BOX A
CRESSON, PA 16699-0001

D.C NO.180-262
REG.NO.12584-007
PA. NO.AY 4528

      Plaintiff

    -v-

FEDERAL BUREAU OF PRISONS,
HONORABLE ANTHONY A.WILLIAMS
MAYOR, DISTRICT OF COLUMBIA
441 FOURTH STREET, NORTHWEST
WASHINGTON, D.C 20001,
CATHERINE C. McVEY, Chairperson
PENNSYLVANIA BOARD OF PROBATION AND PAROLE
MICHAEL L. GREEN, MEMBER,
PENNSYLVANIA BOARD OF PROBATION AND PAROLE
JEFFREY R. IMBODEN, MEMBER
PENNSYLVANIA BOARD OF PREBATION AND PAROLE
MATTHEW T. MANGINO, MEMBER
PENNSYLVANIA BOARD OF PROBATION AND PAROLE
BENJAMIN A .MARTINEZ, MEMBER
GERARD N.MASSARO, MEMBER
PENNSYLVANIA BOARD OF PROBATION AND PAROLE
MICHAEL M.WEBSTER, MEMBER
PENNSYLVANIA BOARD OF PROBATION AND PAROLE
LIOYD A. WHITE, MEMBER
PENNSYLVANIA BOARD OF PROBATION AND PAROLE
JON DOE, 1 MEMBER
PENNSYLVANIA BOARD OF PARBATION AND PAROLES
1101 SOUTH FRONT STREET-5100
Harrisburg, PA. 17104
DR.JEFFREY A BEARD
SECRETARY
PENNSYLVANIA DEPARTMENT OF CORRECTIONS
JOHN S.SHAFFER
EXECUTIVE DEPUTY SECRETARY
PENNSYLVANIA DEPARTMENT OF CORRECTIONS
JUDITH VIGLIONE
DRICTOR, BUREAU OF INMATE SERVICES
PENNSYLVANIA DEPARTMENT OF CORRECTIONS
P.O.BOX 598
CAMP HILL.PA. 17001.

      Defendant's

Case: 1:07-cv-01908
Assigned To : Unassigned
Assign. Date : 10/23/2007
Description: HABEAS CORPUS

**RECEIVED**
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

28 U.S.C.§§2241-2254

---

Now come Theodore M. Nickens, how was a District of Columbia prison. In this complaint Mr. Nickens is alleging that in 1995 the Pennsylvania parole board send a letter to a Washington,D.C. corrections facillty in Lorton, Virginia, in this letter it stated that they did not want Mr. Nickens back in Pennsylvania after 1995. This letter was placed in Mr. Nickens prison files. In 2002 Mr.Nickens was sent to a Federal prison,this was done because Lorton was colsing. In 2004, when Mr.Nickens was paroled, the federal prison at Allenwood Pa, called the parole board in Pennsylvania to come and get Mr.Nickens. Mr.Nickens told staff at U.S.P.Allenwood that if they look at his prison files they would find a letter from PA stating that they did not want Nickens back, that was stated in 1995.In 2004, when Nickens was paroled from the federal prison, Pa came and got him for a parole violation, and they gave Mr.Nickens a parole hearing, and at this hearing Mr.Nickens told the hearing members about the letter and also wrote a letter to Pennsylvania parole board asking them to look into their files and see if they hade a copy of the letter they send to the prison about not wanting Mr.Nickens back. Know one respond back to Mr.Nickens, and Mr.Nickens was denied release. Mr. Nickens has filed to ever one, and know one would take the time out to just look for this letter. So until then Mr. Nickens will be siting in prison illlegally until some one do soming or he is released,he is always denied parole even after he has done every thing the barole has asked of him, and the prison has gave their recommendation. MrNickens was taken off parole in 1995 and placed back on parole in 2004 with out a hearing telling him why he was put back on parole. He was told by the Pa. parole that they can do what every they want and that they dont have to tell Mr.Nickens anything. The Federal Bureau of Prison or Washington,D.C. made and error,and Mr.Nickens has to pay for it. Mr.Nickens was given to a state that did not have legal rights to him. Now he is being held illlegally in Pennsylvania prisons. I Theodore M. Nickens is a residenes of Washington,D.C. and would respectfully request that the D.C.Department of Corrections and the Federal Bureau of Prison correct this error, and release Mr.Nickens from

His illlegal sentence.

Respectfully Submitted,

*Theodore M. Nickens*
THEODORE M. NICKENS
AY-4528
SCI-Cresson
P.o.Box A
Cresson,Pa.16699-0001

Date: September 10,2007