# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
OCT 2 3 2010
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Theodore M. Nickens
Plaintiff

V.

Federal Bureau of Prisons,
Hon. Anthony A. Williams,
Pennsylvania Parole and probation.
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07 1908

I, Theodore M. Nickens, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  S.C.I. Cresson

   Are you employed at the institution? Yes  Do you receive any payment from the institution? Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  1990

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments  ☐ Yes  ☒ No
   e. Gifts or inheritances  ☐ Yes  ☒ No
   f. Any other sources  ☐ Yes  ☒ No

RECEIVED
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

I declare under penalty of perjury that the above information is true and correct.

_9-14-07_  _____
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____ _____ <br> United States Judge    Date | _____ _____ <br> United States Judge    Date |

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM              RUN       IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING              DATE   9/14/2007
REMOTE PRINT TIME 14:06                  FROM PURGE FILE                  PAGE          1

     INMATE    NAME
     NUMBER    LAST               FIRST              MI           STARTING BALANCE
     AY4528    NICKENS            THEODORE           M                       66.15

                                                              TRANSACTION  BALANCE AFTER
BATCH     DATE                                                   AMOUNT     TRANSACTION
  #    MO DY YEAR        TRANSACTION DESCRIPTION

8003   01-03-2007   32   CRE COMMISSARY
                         FOR   1/03/2007                          -4.24          61.91
1649   01-03-2007   37   POSTAGE
                         8OSTAGE CHARGES:  1-3-07                 -3.18          58.73
8010   01-10-2007   32   CRE COMMISSARY
                         FOR   1/10/2007                          -6.80          51.93
9024   01-24-2007   10   INMATE EMPLOYMENT
                         CRE PAYROLL 2006 - 12 GRP 4              43.21          95.14
1829   01-25-2007   39   LEGAL FEES
                         U.S.DIST CT-WESTERN:#05-269J             -8.76          86.38
1829   01-25-2007   39   LEGAL FEES
                         U.S.DIST CT-WESTERN:#05-301J             -8.76          77.62
1833   01-25-2007   37   POSTAGE
                         POSTAGE CHARGES:  1-25-07                -1.11          76.51
1861   01-29-2007   38   INSIDE PURCHASES
                         VENDA CARDS                              -6.00          70.51
8030   01-30-2007   34   CRE CABLE   TV
                         FOR   1/30/2007                         -15.75          54.76
8031   01-31-2007   32   CRE COMMISSARY
                         FOR   1/31/2007                          -8.56          46.20
9036   02-05-2007   10   INMATE EMPLOYMENT
                         CRE PAYROLL 2007 - 01 GRP 1                .50          46.70
2017   02-13-2007   37   POSTAGE
                         POSTAGE CHARGES:  2-13-07                -3.09          43.61
8045   02-14-2007   32   CRE COMMISSARY
                         FOR   2/14/2007                         -16.81          26.80
2062   02-20-2007   38   INSIDE PURCHASES
                         VENDA CARDS                              -7.00          19.80
8052   02-21-2007   32   CRE COMMISSARY
                         FOR   2/21/2007                         -10.76           9.04
9054   02-23-2007   10   INMATE EMPLOYMENT
                         CRE PAYROLL 2007 - 01 GRP 4               9.24          18.28
9054   02-23-2007   10   INMATE EMPLOYMENT
                         CRE PAYROLL 2007 - 01 GRP 4              41.58          59.86
8058   02-27-2007   34   CRE CABLE   TV
                         FOR   2/27/2007                         -15.75          44.11
8059   02-28-2007   32   CRE COMMISSARY
                         FOR   2/28/2007                         -10.80          33.31
2134   03-01-2007   37   POSTAGE
                         POSTAGE CHARGES; 3/1/07                   -.87          32.44
9064   03-05-2007   10   INMATE EMPLOYMENT
                         CRE PAYROLL 2007 - 02 GRP 1               1.00          33.44
2175   03-06-2007   39   LEGAL FEES
                         U.S.DIST CT-WESTERN:#05-269J             -5.18          28.26
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING             DATE  9/14/2007
REMOTE PRINT TIME 14:06                FROM PURGE FILE                PAGE         2

    INMATE    NAME
    NUMBER    LAST                    FIRST             MI
    AY4528    NICKENS                 THEODORE          M

BATCH      DATE                                        TRANSACTION  BALANCE AFTER
  #     MO DY YEAR     TRANSACTION DESCRIPTION           AMOUNT      TRANSACTION

2175   03-06-2007  39  LEGAL FEES
                       U.S.DIST CT-WESTERN:#05-301J        -5.18         23.08
8073   03-14-2007  32  CRE COMMISSARY
                       FOR   3/14/2007                    -22.68           .40
9082   03-23-2007  10  INMATE EMPLOYMENT
                       CRE PAYROLL 2007 - 02 GRP 4          2.31          2.71
9082   03-23-2007  10  INMATE EMPLOYMENT
                       CRE PAYROLL 2007 - 02 GRP 4         39.27         41.98
8086   03-27-2007  34  CRE CABLE   TV
                       FOR   3/27/2007                    -15.75         26.23
2390   03-30-2007  37  POSTAGE
                       POSTAGE CHARGES:  3/29/07           -3.09         23.14

                       BALANCE AFTER THESE TRANSACTIONS------>          23.14
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM            RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE  9/14/2007
REMOTE PRINT TIME 14:06               FROM PURGE FILE               PAGE          1

   INMATE    NAME
   NUMBER    LAST              FIRST              MI         STARTING BALANCE
   AY4528    NICKENS           THEODORE           M                    23.14

BATCH    DATE                                            TRANSACTION  BALANCE AFTER
  #    MO DY YEAR     TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

2413   04-03-2007  38   INSIDE PURCHASES
                        VENDA CARDS                          -8.00          15.14
2419   04-04-2007  13   PERSONAL GIFT FROM
                        NICKENS, ANNETTE:   339223          100.00         115.14
8101   04-11-2007  32   CRE COMMISSARY
                        FOR  4/11/2007                      -23.19          91.95
2509   04-12-2007  39   LEGAL FEES
                        U.S.DIST CT-WESTERN: #05-269J       -14.16          77.79
2509   04-12-2007  39   LEGAL FEES
                        U.S.DIST CT-WESTERN: #05-301J       -14.15          63.64
8108   04-18-2007  32   CRE COMMISSARY
                        FOR  4/18/2007                      -23.43          40.21
8114   04-24-2007  34   CRE CABLE   TV
                        FOR  4/24/2007                      -15.75          24.46
8115   04-25-2007  32   CRE COMMISSARY
                        FOR  4/25/2007                      -15.25           9.21
9115   04-25-2007  10   INMATE EMPLOYMENT
                        CRE PAYROLL 2007 - 03 GRP 4          53.13          62.34
2631   04-26-2007  39   LEGAL FEES
                        U.S.DIST CT-WESTERN:#05-269J         -5.31          57.03
2631   04-26-2007  39   LEGAL FEES
                        U.S.DIST CT-WESTERN:#05-301J         -5.31          51.72
8122   05-02-2007  32   CRE COMMISSARY
                        FOR  5/02/2007                       -2.96          48.76
2713   05-07-2007  38   INSIDE PURCHASES
                        VENDA CARDS                          -8.00          40.76
2721   05-08-2007  37   POSTAGE
                        POSTAGE CHARGES:  5-7-07             -4.05          36.71
8143   05-23-2007  32   CRE COMMISSARY
                        FOR  5/23/2007                       -5.90          30.81
9144   05-24-2007  10   INMATE EMPLOYMENT
                        CRE PAYROLL 2007 - 04 GRP 4          49.00          79.81
8149   05-29-2007  34   CRE CABLE   TV
                        FOR  5/29/2007                      -15.75          64.06
8157   06-06-2007  32   CRE COMMISSARY
                        FOR  6/06/2007                      -22.47          41.59
8159   06-08-2007  86   CRE COMMISSARY CR
                   32   FOR  6/08/2007                         .98          42.57
2970   06-08-2007  37   POSTAGE
                        POSTAGE CHARGES 6/6                   -.51          42.06
2985   06-12-2007  39   LEGAL FEES
                        US DIST CT-WESTERN#06-CV-00269      -14.79          27.27
2996   06-13-2007  39   LEGAL FEES
                        U.S.DIST CT-WESTERN:#05-269J         -4.90          22.37
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM            RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE     9/14/2007
REMOTE PRINT TIME 14:06                FROM PURGE FILE              PAGE            2

     INMATE    NAME
     NUMBER    LAST                  FIRST            MI
     AY4528    NICKENS               THEODORE         M

BATCH       DATE                                         TRANSACTION   BALANCE AFTER
  #      MO DY YEAR      TRANSACTION DESCRIPTION            AMOUNT      TRANSACTION

2996    06-13-2007   39  LEGAL FEES
                         U.S.DIST CT-WESTERN:#05-301J         -4.90           17.47
9173    06-22-2007   10  INMATE EMPLOYMENT
                         CRE PAYROLL 2007 - 05 GRP 4          56.35           73.82
8177    06-26-2007   34  CRE CABLE   TV
                         FOR  6/26/2007                      -15.75           58.07

                         BALANCE AFTER THESE TRANSACTIONS------>              58.07
```

```
PA DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING             DATE  9/14/2007
REMOTE PRINT TIME 14:06                 FROM ACTIVE FILE                 PAGE          1

    INMATE    NAME
    NUMBER    LAST             FIRST             MI            STARTING BALANCE
    AY4528    NICKENS          THEODORE          M                         58.07

BATCH    DATE                                              TRANSACTION   BALANCE AFTER
  #    MO DY YEAR      TRANSACTION DESCRIPTION                AMOUNT      TRANSACTION

8184   07-03-2007   32   CRE COMMISSARY
                         FOR   7/03/2007                       -11.50         46.57
8190   07-09-2007   86   CRE COMMISSARY CR
                    32   FOR   7/09/2007                          .98         47.55
3233   07-16-2007   39   LEGAL FEES
                         US DIST CT:WESTERN #05-269J            -3.75         43.80
3233   07-16-2007   39   LEGAL FEES
                         US DIST CT:WESTERN #05-301J            -3.76         40.04
3233   07-16-2007   39   LEGAL FEES
                         US DIST CT:WESTERN #05CV-00269         -3.76         36.28
9205   07-24-2007   10   INMATE EMPLOYMENT
                         CRE PAYROLL 2007 - 06 GRP 4           51.45         87.73
8205   07-24-2007   34   CRE CABLE   TV
                         FOR   7/24/2007                       -15.75         71.98
8206   07-25-2007   32   CRE COMMISSARY
                         FOR   7/25/2007                        -9.99         61.99
8220   08-08-2007   32   CRE COMMISSARY
                         FOR   8/08/2007                       -15.44         46.55
8234   08-22-2007   32   CRE COMMISSARY
                         FOR   8/22/2007                       -18.67         27.88
9235   08-23-2007   10   INMATE EMPLOYMENT
                         CRE PAYROLL 2007 - 07 GRP 4           55.86         83.74
3547   08-27-2007   39   LEGAL FEES
                         US DIST CT: 05-269J                    -7.15         76.59
3547   08-27-2007   39   LEGAL FEES
                         US DICT CT: 05-301J                    -7.15         69.44
3547   08-27-2007   39   LEGAL FEES
                         US DICT CT:#05-CV-00269                -7.16         62.28
8240   08-28-2007   34   CRE CABLE   TV
                         FOR   8/28/2007                       -15.75         46.53
8248   09-05-2007   32   CRE COMMISSARY
                         FOR   9/05/2007                        -4.57         41.96
8255   09-12-2007   32   CRE COMMISSARY
                         FOR   9/12/2007                        -8.47         33.49

                         BALANCE AFTER THESE TRANSACTIONS------>              33.49
```